# CRIMINAL DOCKET — U.S. District Court

| | | |
|---|---|---|
| PO ☐ 0313 | Assigned: 2  1351HH | ☐ WRIT |
| Misd. ☐ | 9th Sentence: 1343MK | ☐ JUVENILE |
| Felony ☒ District | Off  Judge/Magistr | ☐ ALIAS / OFFENSE ON INDEX CARD |

(LAST, FIRST MIDDLE) CARSON, RODNEY a/k/a "Frog"

JS-3  3/93

| Mo | Day | Yr | Docket No. | Def. |
|---|---|---|---|---|
| 10 | 02 | 91 | 00570 | 25 |

No. of Def's: 26   ● U.S. MAG. CASE NO ▶

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute and distribution of Cocaine, a schedule II narcotic controlled substance.   Ct. 1 | 1 | |

SUPERSEDING COUNTS ▶

## II. KEY DATE

**INTERVAL ONE** — KEY DATE / EARLIEST OF: ☐ arrest  ☐ sum'ns  ☐ custody  ☐ appears — on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE  10/3/91  APPLICABLE: ☒ Indictment filed/unsealed  ☐ consent to Magr. trial on complaint  ☐ Information  ☐ Felony W/waiver

KEY DATE: a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg: ☐ Indt ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE / APPLICABLE: ☐ Dismissal  ☐ Pled guilty ☐ After N.G.  ☐ Nolo ☐ After nolo  ☐ Trial (voir dire) began  ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD  ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant — Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| Summons — Issued / Served | | | PRELIMINARY EXAMINATION  OR  ☐ REMOVAL HEARING | Date Scheduled ▶  Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT  ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | ☐ WAIVED  ☐ NOT WAIVED  ☐ INTERVENING INDICTMENT | Tape Number | | |
| COMPLAINT ▶ | | | | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20  ☐ 21  ☐ 40  ☐ In  ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS — U.S. Attorney or Asst.**

ALLISON D. BURROUGHS, AUSA

Defense: 1 ☒ CJA   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

Robert Marano, Esq.   (1)
~~235 S. 17th St.~~
~~Phila. Pa. 19103~~

Suite 450  The Curtis Center
Phila. Pa.   19106

Robert J. Marano, Esq. (10)
236 Chew Rd.
Waterford, N.J.  08089

### BAIL ● RELEASE

**PRE-INDICTMENT**

Release Date: 
Bail Denied ☐   ☐ Fugitive  ☐ Pers. Rec.
AMOUNT SET $   ☐ PSA
Conditions: ☐ 10% Dep.  ☐ Surety Bnd
Date Set
☐ Bail Not Made  ☐ Collateral
Date Bond Made   ☐ 3rd Prty  ☐ Other

**POST-INDICTMENT**

Release Date:
Bail Denied ☐   ☐ Fugitive  ☐ Pers. Rec.
AMOUNT SET $   ☐ PSA
Conditions: ☐ 10% Dep.  ☐ Surety Bnd
Date Set
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty  ☐ Other

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE / DOCUMENT NO | | Yr 91 | Docket No 00570 | Dft 25 | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |

## V. PROCEEDINGS

| | 1991 | | | |
|---|---|---|---|---|
| | Oct. | 2 | TRUE BILL. | |
| | " | 2 | MOTION AND ORDER THAT THE DOCKET PAPERS ARE IMPOUNDED FOR A PERIOD NOT TO EXCEED 15 DAYS, ETC., FILED. | EEN |
| | " | 3 | Letter unimpounding the Indictment, filed. | LB |
| | " | 29 | ORDER THAT THIS CASE IS REASSIGNED FROM THE CALENDAR OF JUDGE HUTTON TO THE CALENDAR OF JUDGE KATZ, FILED. 10/30/91 ENTERED AND COPIES MAILED. | |
| 1 | Nov | 6 | ORDER THAT ROBERT MARANO, ESQ. IS APPOINTED PURSUANT TO 18:3006A TO REPRESENT THE DEFT. IN THIS CASE, FILED. 11/6/91 ENTERED AND COPIES MAILED. | |
| | " | 15 | ORDER KATZ, J. RE: TRIAL MANAGEMENT PLAN, FILED. (91-570-01)       11/18/91 entered & copies mailed. | MK |
| 2 | " | 19 | Appearance of Robert J. Marano, Esq. as counsel for Deft., filed. | |
| 3 | " | 19 | PLEA OF 11/15/91: GUILTY TO CT. 1; Presentence Report is Ordered; Sentencing set for 3/20/92 at 9:30 A.M., filed. | |
| 4 | " | 19 | Memorandum of Agreement, filed. | |
| 5 | " | 20 | Govt's Plea Memorandum, Certificate of Service, filed. | |
| | " | 21 | ORDER SUPPLEMENTING THE COURT'S TRIAL MANAGEMENT ORDER OF 11/15/91, ETC., FILED. (91-570-01)       11/21/91 entered & copies mailed. | MK |
| | " | 22 | ORDER THAT ALL MOTIONS FILED PURSUANT TO THE COURT'S TRIAL MANAGEMENT ORDERS SHALL BE HAND DELIVERED BY 12/6/91, ETC., FILED. (91-570-01) 11/25/91 ENTERED AND COPIES MAILED. | MK |
| | " | 25 | GOVT'S MOTION TO ADMIT TAPE RECORDINGS, CERT. OF SERVICE, FILED. (91-570-01) | |
| | " | 25 | ORDER THAT A PRETRIAL CONFERENCE WILL BE HELD ON 12/11/91 AT 9:30 A.M., FILED. (91-570-01)       11/26/91 entered & copies mailed. | MK |
| | " | 26 | ORDER DATED 11/25/91 THAT DEFTS' MOTIONS REQUESINT THAT TAPE RECORDINGS BE SUPPRESSED ARE DENIED WITHOUT PREJUDICE, ETC., FILED. (91-570-01) 11/27/91 ENTERED AND COPIES MAILED. | MK |
| | " | 27 | GOVT'S TRIAL MANAGEMENT PLAN, CERT. OF SERVICE, FILED. (91-570-01) | |
| | " | 27 | ORDER THAT A PRETRIAL CONFERENCE IN THE ABOVE CASE PRESENTLY SCHEDULED FOR DEC. 11, 1991 AT 9:30 A.M. HAS BEEN RESCHEDULED FOR DECEMBER 11, 1991 AT 4:00 P.M. IN COURTROOM 13-B, FILED. (91-570-01) 11/29/91 ENTERED & COPIES MAILED. | MK |
| | Dec. | 3 | ORDER THAT GOVT'S MOTION TO ADMIT TAPE RECORDINGS WILL BE HEAR IN CONJUNCTION WITH DEFTS' STARKS MOTIONS, ETC., FILED. (91-570-01) 12/3/91 entered & copies mailed. | MK |
| | " | 3 | ORDER THAT EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF GOVT'S MOTION TO ADMIT TAPE RECORDINGS, FILED. (91-570-01) 12/3/91 entered & copies mailed. | MK-CLK |
| | " | 12 | ORDER DATED 12/11/91 THAT THE CASE IS SPECIALLY LISTED FOR TRIAL ON 3/12/92 AT 9:30 A.M., ETC., FILED. (91-570-01) 12/12/91 entered & copies mailed. | MK |

CONTINUED...

| UNITED STATES DISTRICT COURT | | | | |
|---|---|---|---|---|
| CRIMINAL DOCKET | U.S. vs CARSON, RODNEY a/k/a "Frog" | 91 | 00570 | 25 |
| AO 256A | | Yr. | Docket No. | Def. |

| DATE 1992 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| Mar. 17 | ORDER THAT COUNSEL ARE REQUESTED TO EXPLAIN BY MARCH 19, 1992 THE REPRESENTATION IN THE ATTACHED LETTER THAT THE TRIAL TIME NEEDED FOR GROUPING (f) THROUGH (j) WOULD BE APPROXIMATELY FIVE TO SIX WEEKS IN LIGHT OF THE GOVT'S REPRESENTATION AT THE PRETRIAL CONFERENCE OF MARCH 12, 1992 THAT THE TRIAL OF ALLEGED TOP LEADER JAMES COLE WOULD TAKE ONLY LAST TWO TO THREE WEEKS, FILED. (91-570-01) 3/18/92 ENTERED & COPIES MAILED BY CHAMBERS | MK | | | |
| " 17 | Govt's status report, cert. of service, filed. (91-570-01) | | | | |
| " 18 | Govt's status report, cert. of service, filed. (91-570-01) | | | | |
| " 18 | Govt's status report as to order dated 3/17/92, cert. of service, filed. (91-570-01) | | | | |
| " 18 | ORDER THAT THE GOVT'S MOTION REQUESTING THE APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS IS GRANTED AND THE WORDS "COMMUNITY AND" SHALL BE INCLUDED IN QUESTION 2(d), FILED. (91-570-01) 3/19/92 ENTERED... | MK | | | |
| " 20 | GOVT'S MOTION IN SUPPORT OF THE ADMISSIBILITY OF UNCHARGED CRIMES, MEMO, CERT. OF SERVICE, FILED (91-570-01) | | | | |
| " 20 | ORDER THAT THE COURT WILL HEAR THE STARKS MOTION ON MARCH 23, 1992 AT 2:00 P.M., FILED. (91-570-01) 3/24/92 ENTERED... | MK | | | |
| " 20 | ORDER THAT COUNSEL SHALL REPORT TO CTRM. 13B ON MARCH 23, 1992 AT 9:30 A.M. FOR A STATUS CALL: THE COURT WILL AGAIN CONFER WITH COUNSEL ON MARCH 23, 1992 AT 2:00 P.M. TO DETERMINE WHICH DEFTS WILL ELECT A NONTRIAL DISPOSITION: THE COURT WILL HEAR LEGAL ARGUMENT ON THE PENDING SEVERANCE MOTIONS ON MARCH 23, 1992 AT 2:00 P.M.: ALL OTHER MOTIONS WILL BE HEARD ON MARCH 30, 1992 A.M., FILED. (91-570-01) 3/24/92 ENTERED... | MK | | | |
| " 23 | ORDER THAT THE DEFTS SHALL RESPOND BY FRIDAY, MARCH 27, 1992 TO GOVT'S MOTION IN SUPPORT OF THE ADMISSIBILITY OF UNCHARGED CRIMES AND SHALL INCLUDE IN THEIR RESPONSES SUGGESTED LIMITING INSTRUCTIONS, FILED. (91-570-01) 3/25/92 ENTERED.... | MK | | | |
| " 24 | ORDER THAT THE GOVT'S MOTION TO ADMIT TAPE RECORDINGS AND THE TRANSCRIPTS THEREOF INTO EVIDENCE IS GRANTED, FILED. (91-570-01) 3/26/92 ENTERED & COPIES MAILED. | MK | | | |
| " 24 | ORDER THAT COUNSEL WHOSE CLIENTS ARE GOING TO TRIAL ON MARCH 30, 1992 AT 9:30 A.M. SHALL CONFER AND ADVISE THE COURT BY MARCH 27, 1992 AS TO THOSE MEMBERS OF THE JURY PANEL AS TO WHOM THEY AGREE MAY BE EXCUSED ON THE BASIS OF THEIR VOIR DIRE QUESTIONNAIRE, FILED. (91-570-01) 3/26/92 ENTERED..... | MK | | | |

(OVER)

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE 1992 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| -- Mar. 24 | ORDER THAT COUNSEL ARE REQUETED TO BRIEF THE PROBATION REPORT ISSUED BY MARCH 27, 1992. THE COURT WILL HEAR THE MATTER AT TRIAL, ETC., FILED. (91-570-01) 3/26/92 ENTERED. | MK | | | |
| -- " 24 | ORDER THAT COUNSEL REPRESENTING DEFTS SERVING STATE SENTENCES ARE REQUESTED TO ADVISE THE COURT WHETHER THERE IS OBJECTIONS TO THEIR CLIENTS' BEING HELD AT GRATERFORD DURING THE TRIAL, ETC, FILED. (91-570-01) 3/26/92 ENTERED.... | MK | | | |
| -- " 24 | ORDER THAT COUNSEL REPRESENTING DEFTS SERVING STATE SENTENCES NEED NOT ADVISE THE COURT WHETHER THERE IS OBJECTIONS TO THEIR CLIENTS' BEING HELD AT GRATERFORD DURING THE TRIAL, ETC, FILED. (91-570-01) 3/26/92 ENTERED.... | MK | | | |
| -- " 24 | MEMORANDUM AND ORDER THAT THE TRIAL OF THE DEFTS IN THE ABOVE CASE ARE SEVERED AS FOLLOWS: THE FOLLOWING DEFTS SHALL PROCEED TO TRIAL FIRST, AARON JONES, BRYAN THORTON AND BERNARD FIELDS; THAT THE TRIAL FOR THE REMAINING DEFTS IS CONTINUED, ETC, FILED. (91-570-01) 3/26/92 ENTERED. | MK | | | |
| -- May 6 | Govt's supplemental bill of particulars, cert. of service, filed.(91-570-02) | | | | |
| -- Jun. 1 | ORDER THAT THE TRIAL FOR THE REMAINING DEFTS IS CONTINUED PURSUANT TO 18:3161(h)(8)(A),(B)(i), ETC., FILED.(91-570-01) 6/2/92 entered & copies mailed. | MK | | | |
| ==1993== | | | | | |
| -- Mar 2 | GOVT'S MOTION UNDER SECTION 5K1.1 OF THE SENTENCING GUIDELINES, CERTIFICATE OF SERVICE, FILED. (91-cr-87) | | | | |
| -- " 2 | Govt's sentencing memorandum, certificate of service, filed, (91-87) | | | | |
| 6 Mar. 10 | SENTENCE: As to Ct. 1 - IMPRISONMENT for a term of 36 MONTHS: Supv'd release for a term of 5 years; Special Assessment of $50.00, filed. | MK | | | |
| 7 " 10 | JUDGMENT & COMMITMENT ORDER DATED 3/10/93, FILED. 3/10/93 ENTERED. | | | | |
| 8 " 11 | Transcript of 3/10/93, filed. | | | | |
| 9 Apr. 2 | ORDER DATED 4/2/93 THAT THE JUDGMENT IN A CRIMINAL CASE, DATED MARCH 10, 1993, BE CORRECTED AND AMENDED TO REFLECT THAT THE TITLE AND SECTION IS 21 U.S.C. SECTION 846, FILED. 4/5/93 ENTERED & COPIES MAILED. | MK | | | |
| -- Aug. 13 | Tape of Hearing of 3/10/93, filed. (C.R. Tape #435) | | | | |
| 10 Nov 9 | Copy of Appointment of and Authority to Pay Court Appointed Counsel under the CJA Act, filed. | MK | | | |
| 1995 | | | | | |
| 11 July 12 | PETITIONING PROBATION OFFICER AND ORDER DATED 7/11/95 TO MODIFY THE CONDITIONS OF SUPERVISION THAT THE DEFENDANT SHALL PARTICIPATE IN A PROGRAM OF TESTING AND TREATMENT FOR DRUG TREATMENT FOR DRUG AND ALCOHOL ABUSE AS DIRECTED BY PROBATION OFFICER AND MENTAL HEALTH PROGRAM, ETC., FILED. 7/13/95 entered. (CONT'D.) | MK | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

Case 2:91-cr-00570-ER   Document 273   Filed 05/01/08   Page 5 of 7

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   CARSON, RODNEY
                               a/k/a Frog
AO 256A

| Yr. | Docket No. | Def. |
|---|---|---|
| 91 | 00570 | 25 |

| DATE 1991 | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Dec. 12 | ORDER THAT THE CASE CANNOT PROCEED TO TRIAL AND DISPOSITION AND MUST BE CONTINUED PURSUANT TO 18:3161(h)(8) OF THE SPEEDY TRIAL ACT, FILED. (91-570-01)  12/12/91 entered & copies mailed. | MK | | | |
| " 12 | ORDER THAT THE GOVT. SHALL FILE ANY NECESSARY CORRECTED RESPONSES COVERING 4TH & 5TH AMENDMENT DISCOVERY MATERIALS WITHIN 10 DAYS, FILED. (91-570-01)  12/12/91 entered & copies mailed. | MK | | | |
| " 13 | ORDER THAT THE GOVT. SHALL FURNISH EACH DEFT'S LAWYER WITH A COPY OF THE TAPES OF THOSE RECORDED CONVERSATIONS WHICH THE GOVT. INTENDS TO PLAY AT THE TRIAL, ETC., FILED. (91-0570-01)  12/16/91 entered & copies mailed. | MK | | | |
| " 13 | ORDER THAT THE GOVT. SHALL ADVISE THE COURT AND COUNSEL WITH IN 10 DAYS OF THE TOTAL RUNNING TIME OF ALL RECORDED CONVERSATIONS WHICH THE GOVT. INTENDS TO PLAY AT TRIAL, FILED. 12/16/91 entered & copies mailed. (91-0570-01) | MK | | | |
| " 13 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR TRIAL ON 3/23/92 AT 9:30 A.M., IN COURTROOM 13-B, FILED. (91-0570-1)  12/16/91 entered | MK-CLK | | | |
| " 16 | ORDER THAT THE GOVT. WILL FILE A BILL OF PARTICULARS WITHIN 20 DAYS, FILED. (91-0570-01)  12/16/91 entered & copies mailed. | MK | | | |
| " 17 | Pretrial Conference of 12/11/91 RE; Case Management Procedures, filed. (91-00570-01) | MK | | | |
| " 17 | ORDER DATED 12/11/91 THAT THE MOTION FOR EXPEDITED PAYMENTS IS GRANTED, FILED. (91-00570-01)  12/18/91 entered & copies mailed. | MK | | | |
| " 23 | GOVT'S MOTION FOR RECONSIDERATION OF ORDER DATED 12/13/91 REGARDING PRODUCTION OF TAPES AND RECORDED CONVERSATIONS, CERTIFICATE OF SERVICE, FILED. (91-570-01) | | | | |
| " 23 | Govt's Response to Order Regarding Fourth and Fifth Amendment Discovery Materials, Certificate of Service, filed. (91-570-01) | | | | |
| " 24 | Govt's response to order of 12/13/91 regarding total running time of recorded conversations, cert. of service, filed. (91-570-01) | | | | |
| " 24 | Govt's Bill of Particulars, Cert. of Service, filed. (91-570-01) | | | | |
| " 30 | ORDER MODIFYING ORDER OF 12/13/91 TO PERMIT DEFENSE COUNSEL TO REQUEST SPECIFIC TAPES WHICH SHALL THEN BE COPIED BY THE GOVT., FILED. (91-570-01)  12/31/91 ENTERED AND COPIES MAILED. | MK | | | |
| 1992 Feb. 6 | Govt's supplemental Bill of Particulars, cert. of service, filed. (91-00570-01). | | | | |
| " 10 | Govt's status report, cert. of service, filed. (91-0570-01) | | | | |
| " 18 | ORDER THAT COUNSEL FOR DEFTS SHALL SUBMIT TO THE GOVT. WITHIN 10 DAYS FROM THE DATE HEREOF ANY OBJECTIONS OR PROPSED ADDITIONAL QUESTIONS WITH RESPECT TO THE GOVT'S PROPOSED QUESTIONNAIRE FOR PROSPECTIVE JURORS, ETC., FILED. (91-570-01)  2/18/92 entered & copies mailed. | MK | | | |
| " 18 | ORDER THAT COUNSEL HAVING STARKS OBJECTIONS MEET WITHIN 15 DAYS FROM THE DATE OF THIS ORDER TO RESOLVE PARTICULAR OBJECTIONS, ETC., FILED. (91-570-01) MK  2/18/92 entered & copies mailed. | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1992 | | | | | |
| Feb 20 | ORDER THAT THE ADDITIONAL QUESTIONS CONTAINED IN THE PATTERSON QUESTIONNAIRE SHALL BE ADDED AND THAT THE QUESTIONS IN THE GOVT'S PROPOSED QUESTIONNAIRE ARE APPROVED, SUBJECT TO THE PROCEDURES AS SET FORTH IN THE COURT'S ORDER OF 2/18/92, FILED. (91-570-01) 2/21/92 ENTERED AND COPIES MAILED. | MK | | | |
| " 28 | ORDER THAT ANY RESPONSE TO GOVT'S MOTION REQUESTING THE USE OF AN ANONYMOUS JURY SHALL BE FILED BY MARCH 6, 1992, FILED. 2/28/92 ENTERED & COPIES MAILED. 991-570-1). | MK | | | |
| Mar 2 | ORDER GRANTING THE GOVT'S MOTION TO EMPANEL THE JURY ANONYMOUSLY; AMENDING COURT'S ORDER OF 2/28/92 TO REQUEST MOTIONS FOR RECONSIDERATION OF THIS ORDER BE FILED BY 3/6/92, FILED. (91-570-01) 3/3/92 ENTERED AND COPIES MAILED. | MK | | | |
| " 3 | Govt's status report, cert. of service, filed. (91-570-01) | | | | |
| " 3 | Govt's supplemental bill of particulars, cert. of service, filed. (91-570-01) | | | | |
| " 3 | ORDER THAT THE GOVT. SHALL PRESENT BY MARCH 6, 1992 A REASONED BASIS TO SUPPORT A CONCLUSION THAT A JOINT TRIAL OF 19 DEFTS IS MORE CONSISTENT WITH THE FAIR ADMINISTRATION OF JUSTICE THAN SOME MANAGEABLE DIVISION OF THE CASE INTO SEPARATE TRIAL FOR GROUPS OF DEFTS, ETC., A PRETRIAL CONFERENCE WILL BE HELD ON MARCH 12, 1992 AT 4:30 P.M. IN COURTROOM 13-B, FILED. (91-570-01) 3/4/92 ENTERED & COPIES MAILED BY CHAMBERS 3/3/92 | MK | | | |
| " 3 | ORDER THAT IN VIEW OF THE GOVT'S STATUS REPORT WITH REGARD TO THE SEARCH WARRANT FOR AUTHORIZATION FOR THE SEARCH OF 6801 CRITTENDON STREET, ANY MOTIONS WITH RESPECT TO SUCH SEARCH SHALL BE FILED WITHIN TEN DAYS, FILED. (91-570-01). 3/4/92 ENTERED & COPIES MAILED. | MK | | | |
| " 6 | Govt's response to order of the court dated 3/3/92 regarding severance, cert. of service, filed. (91-570-01) | | | | |
| " 12 | GOVT'S MOTION REQUESTING THE APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS, CERT. OF SERVICE, FILED. (91-570-01). | | | | |
| " 13 | ORDER THAT THE TIME FOR RESPONSE TO GOVT"S MOTION REQUESTING THE APPROVAL OF ITS QUESTIONNAIRE FOR PROSPECTIVE JURORS IS SHORTENED TO MARCH 18, 1992: ETC: TRIAL WILL COMMENCE ON MARCH 23, 1992 WITH THE JURY PANEL'S FILING OUT VOIR DIRE QUESTIONNAIRE, ETC, FILED. (91-570-1) 3/16/92 ENTERED & COPIES MAILED BY CHAMBERS 3/13/92 | MK | | | |
| " 16 | ORDER THAT THE VOIR DIRE "HARDSHIP" QUESTIONNAIRE SHOULD BE PREPARED BY THE GOVT. AND 300 COPIES SUBMITTED BY MARCH 23, 1992, AND SHOULD CONTAIN A REALISTIC ESTIMATE OF THE LENGTH OF THE TRIAL, SPECIFYING A STARTING DATE OF MARCH 30, 1992 FOR THE PANEL'S GUIDANCE RATHER THAN THE OPEN ENDED FORMULATION OF "OVER" A CERTAIN NUMBER OF WEEKS, ETC., FILED. 3/17/92 ENTERED & COPIES MAILED BY CHAMBERS (91-570-01) | MK | | | |

CONTINUED....

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

111A
(1.75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 91-570-25 |
|---|---|---|
| U.S.A. | CARSON, RODNEY | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1995<br>2 Dec. | 5 | Transcript of 3/10/93, filed. |
| 2008<br>MAY | 1 | ORDER THAT THIS CASE IS REASSIGNED FROM JUDGE MARVIN KATZ TO JUDGE EDUARDO C. ROBRENO. SIGNED BY JUDGE HARVEY BARTLE III ON 5/1/08. ENTERED 5/2/08. |